Andrea M. Champion, Esq.
Nevada State Bar No.13461
Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Tracy M. O'Steen, Esq.
Nevada State Bar No. 10949
**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@joneslovelock.com
nlovelock@joneslovelock.com
tosteen@joneslovelock.com

*Attorneys for Defendants Carlos Navarrete, Carem Arrhimi, Ethan Belloli-Ramos, Robert Porras and Brian Silva*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SMARTERSWIPE, INC., a Domestic Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>CARLOS NAVARRETE, an Individual; CAREM ARRHIMI, an Individual; ETHAN BELLOLI-RAMOS, an Individual; EMMANUEL GONZALEZ, an Individual; ROBERT PORRAS, an Individual; BRIAN SILVA, an Individual; and DOES 1 to 1000 and ROE ENTITIES I to L,<br><br>                    Defendants. | CASE NO.: 2:24-CV-00299-CDS-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO VERIFIED COMPLAINT** |

Defendants Carlos Navarrete, Carem Arrhimi, Ethan Belloli-Ramos, Robert Porras and Brian Silva (collectively the "Former California Contractors"),[1] by and through their counsel of record, JONES LOVELOCK, and Plaintiff Smarterswipe, Inc., by and through its counsel of record, RAICH LAW PLLC, (collectively referred to as the "Parties") hereby stipulate and agree to the following:

---

[1] Defendant Emmanuel Gonzalez is represented by separate counsel. Thus, the Former California Contractors are intentionally not defined as the defendants.

1. Plaintiff's service of process of the Summonses and Verified Complaint upon each of Former California Contractors individually is hereby waived; and

2. The Former California Contractors shall have until March 4, 2024 to file and serve a response to the Verified Complaint.

DATED this 21st day of February 2024.

| **RAICH LAW PLLC** | **JONES LOVELOCK** |
|---|---|
| By: /s/ Richard Kamka, Esq. | By: *(signed)* Andrea M. Champion |
| Sagar Raich, Esq.<br>Nevada State Bar No. 13299<br>Richard Klamka, Esq.<br>Nevada State Bar No. 15258<br>6785 S. Eastern Avenue, Suite 5<br>Las Vegas, Nevada 89119<br>Tel: (702) 758-4240<br>sraich@raichattorneys.com<br>rklamka@raichattorneys.com<br><br>*Attorneys for Plaintiff Smarterswipe, Inc.* | Andrea M. Champion, Esq.<br>Nevada State Bar No. 13461<br>Nicole E. Lovelock, Esq.<br>Nevada State Bar No. 11187<br>Tracy M. O'Steen, Esq.<br>Nevada State Bar No. 10949<br>6600 Amelia Earhart Ct., Suite A<br>Las Vegas, Nevada 89119<br>Tel: (702) 805-8450<br>Fax: (702) 805-8451<br>achampion@joneslovelock.com<br>nlovelock@joneslovelock.com<br>tosteen@joneslovelock.com<br><br>*Attorneys for Defendants Carlos Navarrete, Carem Arrhimi, Ethan Belloli-Ramos, Robert Porras and Brian Silva* |

**ORDER**

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
UNITED STATES DISTRICT JUDGE

DATE: February 22, 2024