# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SmarterSwipe, Inc., | Case No. 2:24-cv-00299-CDS-MDC |
| Plaintiff | **Order Granting Plaintiff's Motion to Amend, Denying Motion to Dismiss, and Approving Substitution of Counsel** |
| v. | |
| Carlos Navarrete, et al., | [ECF Nos. 3, 39, 43] |
| Defendants | |

Plaintiff SmarterSwipe, Inc.'s motion to file an amended complaint **[ECF No. 43] is granted**. An "'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'" *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (internal citation omitted)). Strictly speaking, "the original pleading no longer performs any function . . . ." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Consequently, defendant Emmanuel Gonzalez's motion to dismiss **[ECF No. 3] is denied as moot**.

The Clerk of Court is kindly instructed to file SmarterSwipe's amended complaint (attached as exhibit 1 to the motion to amend at ECF No. 43-1) on the docket as SmarterSwipe's first amended complaint.

Further, defendants Robert Porras and Brian Silva's notice to substitute Jennifer L. Braster of Naylor & Braster Attorneys at Law PLLC as counsel in the place of Jones Lovelock **[ECF No. 39] is granted**.

Dated: June 4, 2024

_____
Cristina D. Silva
United States District Judge