Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Robert Porras and Brian Silva*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SMARTERSWIPE, INC., a Domestic Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS NAVARRETE, an Individual; CAREM ARRHIMI; an Individual; ETHAN BELLOLI-RAMOS, an Individual; EMMANUEL GONZALEZ; an Individual; ROBERT PORRAS, an Individual; BRIAN SILVA, an Individual; and DOES 1 to 1000 and ROE entities I to L,<br><br>Defendants.<br><br>CARLOS NAVARRETE, an Individual; CAREM ARRHIMI; an Individual; ETHAN BELLOLI-RAMOS, an Individual; ROBERT PORRAS, an Individual; BRIAN SILVA, an Individual<br><br>Counterclaimants,<br><br>vs.<br><br>SMARTERSWIPE, INC. a Domestic Corporation; DOES 1-X and ROE ENTITIES I-X,<br><br>Counter-Defendants. | Case No. 2:24-cv-00299-CDS-MDC<br><br>**DEFENDANTS ROBERT PORRAS'S AND BRIAN SILVA'S AND PLAINTIFF SMARTERSWIPE, INC.'S FIRST STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

Defendants Robert Porras and Brian Silva ("Porras and Silva") and Plaintiff SmarterSwipe, Inc. ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Porras and Silva to respond to Plaintiff's First Amended Complaint (ECF No. 45) pursuant to LR IA 6-1.

Plaintiff filed its First Amended Complaint on June 4, 2024, and currently, Porras and Silva's responsive pleading is due June 18, 2024. (ECF No. 45.) Porras and Silva' have just retained counsel in this matter. The first extension will allow Porras and Silva an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved after such investigation. Plaintiff and Porras and Silva stipulate and agree that Porras and Silva shall have an extension until July 2, 2024, to file its responsive pleading.

This is Porras's and Silva's first request for an extension of time to respond to the First Amended Complaint and is not intended to cause any delay or prejudice any party, but to permit Porras and Silva an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this _____ day of June 2024.

| NAYLOR & BRASTER | RAICH LAW |
|---|---|
| By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> 10100 W. Charleston Blvd., Suite 120 <br> Las Vegas, NV 89135 <br><br> *Attorneys for Defendants* <br> *Robert Porras and Brian Silva* | By: */s/ Richard Klamka* <br> Sagar Raich, Esq. <br> Nevada Bar No. 13229 <br> Richard Klamka, Esq. <br> Nevada Bar No. 15258 <br> 2280 E. Pama Ln. <br> Las Vegas, NV 89119 <br> *Attorneys for Plaintiffs/Counter-Defendant* |

**IT IS SO ORDERED.**

For future filings, the placement of the signature block must comply with LR IA 6-2.

Dated this 20th day of June 2024.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2