Andrea M. Champion, Esq.
Nevada State Bar No.13461
Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Tracy M. O'Steen, Esq.
Nevada State Bar No. 10949
**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@joneslovelock.com
nlovelock@joneslovelock.com
tosteen@joneslovelock.com

*Attorneys for Defendants Carlos Navarrete,
Carem Arrhimi, and Ethan Belloli-Ramos*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SMARTERSWIPE, INC., a Domestic Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS NAVARRETE, an Individual; CAREM ARRHIMI, an Individual; ETHAN BELLOLI-RAMOS, an Individual; EMMANUEL GONZALEZ, an Individual; ROBERT PORRAS, an Individual; BRIAN SILVA, an Individual; and DOES 1 to 1000 and ROE ENTITIES I to L,<br><br>Defendants. | CASE NO.: 2:24-CV-00299-CDS-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS/COUNTERCLAIMANTS CARLOS NAVARRETE, ETHAN BELLOLI-RAMOS AND CAREM ARRHIMI'S MOTION TO TRANSFER CASE TO THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)** |
| CARLOS NAVARRETE, an Individual; CAREM ARRHIMI, an Individual; ETHAN BELLOLI-RAMOS, an Individual; ROBERT PORRAS, an Individual; and BRIAN SILVA, an Individual,<br><br>Counterclaimants,<br><br>vs.<br><br>SMARTERSWIPE, INC., a Domestic Corporation; DOES I-X and ROE ENTITIES I-X,<br><br>Counter-Defendants. | |

Defendants/Counterclaimants Carlos Navarrete, Ethan Belloli-Ramos, and Carem Arrhimi, (collectively the "Moving Defendants"), by and through their counsel of record, the law firm of Jones Lovelock, and Plaintiff Smarterswipe, Inc. ("Plaintiff" and together with Moving Defendants, the "Parties"), by and through its counsel of record, Raich Law PLLC, hereby stipulate and agree that the Moving Defendants may have through August 16, 2024 to file their reply brief in support of their Motion to Transfer Case to the Eastern District of California Pursuant to 28 U.S.C. § 1404(a)(Dkt. 56).

**IT IS SO STIPULATED.**

DATED this 6th day of August, 2024.

| **RAICH LAW PLLC** | **JONES LOVELOCK** |
|---|---|
| By: /s/ Richard Klamka, Esq. | By: /s/ Tracy M. O'Steen Esq. |
| Sagar Raich, Esq. | Andrea M. Champion, Esq. |
| Nevada State Bar No. 13299 | Nevada State Bar No.13461 |
| Richard Klamka, Esq. | Nicole E. Lovelock, Esq. |
| Nevada State Bar No. 15258 | Nevada State Bar No. 11187 |
| 6785 S. Eastern Avenue, Suite 5 | Tracy M. O'Steen, Esq. |
| Las Vegas, Nevada 89119 | Nevada State Bar No. 10949 |
| Tel: (702) 758-4240 | 6600 Amelia Earhart Ct., Suite A |
| sraich@raichattorneys.com | Las Vegas, Nevada 89119 |
| rklamka@raichattorneys.com | Tel: (702) 805-8450 |
| | Fax: (702) 805-8451 |
| *Attorneys for Plaintiff Smarterswipe, Inc.* | achampion@joneslovelock.com |
| | nlovelock@joneslovelock.com |
| | tosteen@joneslovelock.com |
| | *Attorneys for Defendants Carlos Navarrete, Carem Arrhimi, Ethan Belloli-Ramos, Robert Porras and Brian Silva* |

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

Date: 8/7/2024