**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SmarterSwipe, Inc.,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Carlos Navarrete,<br><br>　　　　　　Defendant(s). | **2:24-cv-00299-CDS-MDC**<br><br>**ORDER STRIKING RESPONSE (ECF No. 60)** |

Plaintiff/Counter-defendant Smarterwipe, Inc.'s *Opposition* (ECF No. 60) to defendants/counterclaimants' *Motion to Transfer Venue* was filed in violation of Fed. R. Civ. P. 5.2; Local Rule ("LR") IA 10-5; and the requirements of *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) because it contains redacted information without complying with such authorities.

Accordingly,

**IT IS ORDERED** that Plaintiff/Counter-defendant Smarterwipe, Inc.'s *Opposition* (ECF No. 60) is STRUCK.

**IT IS FURTHER ORDERED** that Plaintiff/Counter-defendant Smarterwipe, Inc. shall file any response/opposition to defendants/counterclaimants' *Motion to Transfer Venue* (ECF No. 56) in compliance with the procedures set forth in Fed. R. Civ. P. 5.2 and LR IA 10-5, and the requirements of *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), by no later than **October 11, 2024**.

DATED this 7th day of October 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge