Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Robert Porras and Brian Silva*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SMARTERSWIPE, INC., a Domestic Corporation<br><br>        Plaintiff<br><br>vs.<br><br>CARLOS NAVARRETE, an Individual; CAREM ARRHIMI; an Individual; ETHAN BELLOLI-RAMOS, an Individual; EMMANUEL GONZALEZ; an Individual; ROBERT PORRAS, an Individual; BRIAN SILVA, an Individual; and DOES 1 to 1000 and ROE entities I to L,<br><br>        Defendants<br><br>CARLOS NAVARRETE, an Individual; CAREM ARRHIMI; an Individual; ETHAN BELLOLI-RAMOS, an Individual; ROBERT PORRAS, an Individual; BRIAN SILVA, an Individual<br><br>        Counterclaimants<br><br>vs.<br><br>SMARTERSWIPE, INC. a Domestic Corporation; DOES 1-X and ROE ENTITIES I-X,<br><br>        Counterdefendant | Case No. 2:24-cv-00299-CDS-MDC<br><br>**STIPULATION FOR DISMISSAL OF BRIAN SILVA AND ROBERT PORRAS PURSUANT TO F.R.C.P. 41(a)(1)** |

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

Plaintiff SmarterSwipe, Inc. and Defendants Brian Silva and Robert Porras, by and through their respective attorneys of record, hereby jointly stipulate, and respectfully request, to dismiss Plaintiff's claims against Brian Silva and Robert Porras and Defendants Silva and Porras' counterclaims against Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated this 2nd day of May 2025.

NAYLOR & BRASTER

By: /s/ Jennifer L. Braster
   Jennifer L. Braster
   Nevada Bar No. 9982
   10100 W. Charleston Blvd., Suite 120
   Las Vegas, NV 89135

*Attorneys for Defendants
Robert Porras and Brian Silva*

RAICH LAW

By: /s/ Richard Klamka
   Sagar Raich, Esq.
   Nevada Bar No. 13229
   Richard Klamka, Esq.
   Nevada Bar No. 15258
   2280 E. Pama Ln.
   Las Vegas, NV 89119

*Attorneys for Plaintiff/Counter-Defendant*

## ORDER

Based on the parties' stipulation, defendants/counter-claimants Robert Porras and Brian Silva are dismissed with prejudice, with each party to bear its own costs and fees.

Dated: May 7, 2025

_____
UNITED STATES DISTRICT JUDGE